# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM SCHULTZ,

    *Plaintiff*,

vs.

C/O PHILLIPS, *et al.*,

    *Defendants*.

2:12-cv-00324-KJD-CWH

ORDER

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. The complaint further was filed on only a partial complaint form, with, *inter alia*, no caption. It does not appear from the allegations presented that a dismissal without prejudice due to these defects in properly commencing an action will result in substantial prejudice.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to a properly commenced new action under a new docket number. The Clerk shall send plaintiff two copies each of a complaint form and a pauper form, one copy of the instructions for each form, and a copy of the papers that he filed in this action.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: March 1, 2012

_____
KENT J. DAWSON
United States District Judge