# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM SCHULTZ,

    *Plaintiff*,                                    2:12-cv-00324-KJD-CWH

vs.

                               ORDER

C/O PHILLIPS, *et al.*,

    *Defendants*.

Plaintiff has filed a civil rights complaint.  Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint.  The complaint further was filed on only a partial complaint form, with, *inter alia*, no caption.  It does not appear from the allegations presented that a dismissal without prejudice due to these defects in properly commencing an action will result in substantial prejudice.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to a properly commenced new action under a new docket number.  The Clerk shall send plaintiff two copies each of a complaint form and a pauper form, one copy of the instructions for each form, and a copy of the papers that he filed in this action.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

           DATED: March 1, 2012

                                    KENT J. DAWSON
                                    United States District Judge